**PIONEER RESERVE, LLC,**
**Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

2017-1095

United States Court of Appeals,
Federal Circuit.

June 12, 2017

DOUGLAS KAHLE, Wolcott Rivers Gates, Virginia Beach, VA, argued for plaintiff-appellant.

GEOFFREY MARTIN LONG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

(Dyk, Taranto, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**